IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER TAKHVAR,

      Appellant,

v.

      Case No.  5D22-2898
      LT Case No. 2018-CF-003532

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 4, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Christopher Takhvar, Milton, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


JAY, KILBANE and MACIVER, JJ., concur.